BERLIANA CORPORATION v. NARRAGANSETT INDUSTRIES, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before May 3, 1962, with notice of argument for May 15, 1962, said appeal to be

argued or submitted when reached. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.